To the Honorable Judge: Thomas Hogan

I have been depressed since the events of January 6th, 2021.  There is no debate about that.

There has never been any question of my remorse for my actions as evidence of my actual actions during and since January 6, 2021.  I have stated the truth prior to my first contact with federal agents in February of 2021.  I was in D.C. as a citizen journalist to observe the protest in a neutral capacity.  In my search for the truth, I could not help myself from entering the Capitol to observe the interior of the structure and see if the people could actually talk to their leaders face to face the old fashioned way.

I envisioned a crowd yelling at the senators from a distance for a few hours and then the crowd would be told to leave. The first amendment being obtained at a critical junction of American History. The first time there is substantial evidence of voter fraud in multiple key states with modern technology to prove it in real time.

The death that occurred that day was a huge tragedy that will never be forgotten.  Regardless of the reasons for people voicing their public distrust of the establishment violence should always be avoided at all costs. I mentioned in most of my posts about January 6th that I entered the building like Ghandi and voluntarily left the building the same way.  I have always been a pacifist.  I have never and would never condone violence.  The one time I was near any violent actions being taken towards police is when I had to wait to leave the building and my video footage and that of the prosecution shows just that. An officer inside has to remove another officer from hitting people to allow us to exit the building.

There is no evidence of me celebrating what happened on January 6th as the prosecution claims. On the contrary I have been in deep mourning since that day. I lost many members of my family and more friends than I probably even know.   My postings on social media never promoted what happened or put blame on anyone.  What I did was video what happened and posted it as a neutral journalist. With little to no comment except my personal observations. Which are backed up with the prosecutions photos of me meandering around the capitol observing the art and architecture the entire time.

I am sorry for the folks that became afraid on January 6th,  at the same time I have been confused by reports of congressional aides being in danger on January 6th. I rented an Airbnb from a congressional aide that was checking up on me while the protestors were still in the capitol building. He called a total stranger (me) to ask me if I had enough food and to warn me to get home because they were going to issue a curfew in a few minutes.  I told Frank, while walking towards the white house, I was fine for food, I had purchased groceries the night before, and I would be home well before 5pm it seemed, which I was, although I took my time to walk back to his studio on Upper 16th.  I was fascinated by how quickly 1 million people could be in and out of a city so quickly.  Frank and I left each other perfect reviews on Airbnb.  No politics.

I did not post any images of an explosion or an airplane over the crowd on any social media accounts. That is important to point out.  I am not sure how the government obtained a private slide show from my personal computer.  I was just playing with a program a few days after the event and never published those images.

I also never posted a photo of myself in a commercial construction hard hat made to look military issue. That was also a private image. I will always wonder how those images were obtained. I only posted one slide show, the images with the writing on the bottom to a meditation music background. I posted as few images as possible and did not go on social media as soon as I had established my

intent on being there. To report the facts not propaganda.

I take complete responsibility for my actions of participating as a citizen journalist that entered the capitol building at a time that was not open to the public for journalists.  I failed to grasp the seriousness of my physical presence at the event. I am extremely remorseful for my actions and miss being a free American. My life here in San Diego has been drastically affected by my passport forfeiture and not being able to attend to my business obligations in Mexico.  Pretrial Services is a system that few Americans know exist and even fewer understand how devasting it is to lose all your rights before a trial here in America. 8 months has been a long time without rights and constant deliberate federal government harassment at every interaction.

As a native to San Diego I have grown up to establish lifelong ties to the people and places of Northern Baja. As such, the area and the people have become a much more integral part of my life over the past decade since my father passed. I have been crossing the border without a passport for over 35 years now. It is part of who I am. So having half my life taken from me before a trial has been devastating for me to endure since my 7 day incarceration in October of last year.

In the future, I will avoid placing myself on the wrong side of the law in covering the events of the American people protesting the American government.

I currently live on a well-known "coyote trail" used for smuggling over the last 100 years. I did not understand it when I bought the property and have been learning how dangerous the land I am on actually is. The land was in probate court for three years because the previous owner had died of a "drug overdose" that the locals say was investigated as a potential murder. That man's mother was murdered in this house in the 60's or 70's by drug traffickers that were later convicted in the US for the crime. So, I am at a loss as to how I live in a place where I should not have the right to protect myself.

I have personally reported having illegal aliens on my property in broad daylight to the CBP three times since April of this year.

I have never represented a physical threat to any law enforcement in all my years on this earth. Exercising our first amendment was never meant to be grounds for incarceration which is what this prosecution seems to be doing to me. All the statements I have made to the CBP and TSA agents should not be held against me in relation to January 6.

The Federal Government created a predatory condition be instituted on all my interactions going forward after January 6th to intimidate and harass me into expressing my first amendment rights which I did when stopped by them. Regardless of the literal dozens of interactions I have never had any altercations with officers that resulted in my being violent in any way.  I have never been a violent person, I am not who they are trying to invent.


God Bless,
/s/
Philip J Weisbecker