Robert Friedman
████████████████
████, CA ████

June 16, 2022

RE: Phillip Weisbecker

To the Honorable Judge Hogan,

I am writing this character reference on behalf of Phillip Weisbecker. Phil and I have been close friends for thirty years and I feel that I can provide valuable insight, personal experiences and honestly vouch for the character and integrity of one of my close lifelong friends. My name is Robert Friedman, I am 51 years old and have a Bachelors Degree in Business and have worked in the area of Biotechnology field sales for the last 25 years. I am Rare Disease Clinical Sales Specialist and currently work for ████████ ████████. I have worked for Dupont/Merck, Abbott Labs, Gilead Sciences and prior to ████ ████ worked for two years at BioMarin Pharmaceuticals. I am married, have two wonderful daughters, and live in ████, California.

I have always known Phil to be a caring, kind, intelligent and trustworthy person of responsible character. Having known Phil for so long, I would trust him 100% if I ever needed him to watch over my two daughters and/or help with any of matters pertaining to my Family. One of the many reasons that I trust Phil is that we have numerous conversations over the years about God and our belief that the Lord has a plan for our lives and that we trust in him to guide and lead us. On that topic of trust, I wanted to share my gratitude to Phil since six months ago he came to my aid during a medical emergency where I actually called him first and asked if he could come and take me to the hospital which he did without hesitation. This is the type of person Phil is, always a trusted a friend on whom we can rely. Pertaining to a similar topic of compassion and respect for his friends, community and Family, Phil has always taken great care of an elderly family friend Virginia (Chickie) Jensen. Chickie is 86 years old and somewhat of a second Mother to Phil. Phil calls and vists her often, offers to do errands, housework, and yard work for her when it is needed. This is the compassionate, caring, and humanistic side of Phil that I along with many other friends know him to be. Phil is also known to be extremely caring around children and courteous to women and his elders as well. I have witnessed this first hand on hundreds of occasions. One other note that I would like to emphasize is that since Phil is graduate of UC Santa Barbara and his degree in project management he is also a dedicated and hard working employee to the company that he currently works for. He is a skilled estimator and trusted employee. In terms of demeanor, stability, and emotional intelligence I can honestly say that I have never seen Phil get into an altercation, provoke anyone, fight or lose self control in any type of situation. Thirty years and many experiences with him and not once did I ever experience provocation or instigation of a tough situation. I would also like to lastly mention that Phil is a tremendous advocate for the environment and believes whole heartedly to take the best care of the planet as one could strive to do. I respect him tremendously for that endeavor.

I wanted to take this opportunity to thank you for taking the time to learn a bit more about Phillip Weisbecker. I am available anytime via phone or email to discuss or confirm anything I have written and would love the opportunity to share so much more about the good nature/life intentions of my good friend. My cell is ████████ and my email is ████████████████████.
Sincerely,
Robert Friedman