IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-682(TFH) |
| | : | |
| | : | |
| PHILLIP JAMES WEISBECKER | : | |

## DEFENDANT'S MOTION SEEKING CORRECTION OF TERMS OF PROBATION AND AMENDMENT OF JUDGMENT

Pursuant to Federal Rule of Criminal Procedure 36, Mr. Phillip Weisbecker, through his attorney, Kira Anne West, respectfully requests that this Honorable Court correct the terms of probation to reflect credit for time served and states the following in support:

Argument

The defendant appeared before this Court for sentencing on June 27, 2022. Undersigned counsel believes that during the sentencing, this Court stated that Mr. Weisbecker would get credit for the 7 days he served on this case. Unfortunately, because his sentence of 30 days given by the Court is a term of probation, Mr. Weisbecker is not allowed to get credit for time served. Therefore, Mr. Weisbecker asks the Court to amend the terms of probation to reflect a sentence of 23 days rather than 30 days. This would account for his seven days of time served.

According to probation officer Sherry Baker, had the Court sentenced Mr. Weisbecker to a straight 30 days instead of intermittent confinement, then the Court could have given credit for the 7 days of time served.

WHEREFORE, Mr. Weisbecker respectfully requests an amendment of the judgment to reflect credit for 7 days time served.

Respectfully submitted,

KIRA ANNE WEST

By:       /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Mr. Weisbecker

## **CERTIFICATE OF SERVICE**

I hereby certify on the 19th day of July, 2022, a copy of same was delivered to the parties of record, by ECF pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/

Kira Anne West

2