Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
vs. )  Criminal No. 1:21-CR-000682-1
PHILIP WEISBECKER )

## NOTICE OF APPEAL

Name and address of appellant: PHILIP J. WEISBECKER
17771 CAMPO ROAD
DULZURA CA 91917

Name and address of appellant's attorney: ~~KIRA ANN WEST~~ Pro Se

Offense: PARADING, PICKETING, DEMONSTRATING

Concise statement of judgment or order, giving date, and any sentence:
24 MONTHS PROBATION, 30 DAY SUSPENDED SENTENCE

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

8-8-22
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?   YES [ ]   NO [✓]
Has counsel ordered transcripts?   YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✓]